UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAREFUSION CORPORATION, ET AL,<br>　　　　　Plaintiff(s) | Case No: 10-CV-01111LHK |
| MEDTRONIC, INC., ET AL,<br>　　　　　Defendant(s). | CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

The Motion Hearing noticed for October 12, 2010 at 1:30 is CONTINUED to Thursday, October 21, 2010 at 1:30 p.m. with a Case Management Conference to follow the Motion Hearing. Please report at that time to Courtroom 4 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, CA.

Dated: September 13, 2010

　　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　RICHARD W. WEIKING, Clerk


　　　　　　　　　　　　　　　　　　　/s/ Martha Parker Brown
　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Martha Parker Brown
　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk