UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CAREFUSION CORP. ET AL., | ) | Case No.: 10-CV-01111-LHK |
| Plaintiffs, | ) ) | MINUTE ORDER AND CASE MANAGEMENT ORDER |
| v. | ) ) | |
| MEDTRONIC INC. ET AL., | ) ) | Time in Court: 1hour5 minutes |
| Defendants. | ) ) | |

Clerk: Martha Parker Brown                Reporter: Lee-Anne Shortridge

Plaintiffs' Attorneys: Timothy Malloy, James Nuttall and Christopher Scharff
Defendants' Attorneys: Jeffrey Davidson, Luke Dauchot and Martin Boles

Defendants' Motion to Dismiss was argued by counsel and submitted. The Court will issue a written order.

A case management conference was held on: _____10/21/2010_____. The following Case Management Order is hereby adopted by the Court.

FURTHER CASE MANAGEMENT CONFERENCE is set for _____03/02/2011_____, at __2PM__.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

The Court adopts Plaintiffs' proposal for discovery limits as specified in the parties' October 14, 2010 Joint Case Management Statement (¶VIII), except the total number of fact deposition hours shall be 200. Discovery on the antitrust claims is stayed pending the Court's ruling on Defendants' motion to dismiss the antitrust claims. The Court is amenable to adjusting the discovery limits and schedule based on whether the antitrust claims remain in the case.

PARTIES SHALL EXCHANGE RULE 26(a) INITIAL DISCLOSURES by _____10/29/2010___.

DEADLINE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT is _____01/11/2011_____.

DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY is _02/09/2011_.

SIMULTANEOUS OPENING BRIEFS ON CLAIM CONSTRUCTION shall be filed by _____03/03/2011_____, and SIMULTANEOUS RESPONSIVE BRIEFS ON CLAIM CONSTRUCTION shall be filed by _____03/24/2011_____.

CLAIM CONSTRUCTION HEARING WITH TUTORIAL is set for _____05/03/2011_____.

FACT DISCOVERY CUT-OFF is _____09/30/2011_____.

EXPERT DISCOVERY CUT-OFF is _____12/31/2011_____.

DISPOSITIVE MOTIONS shall be filed by _____01/19/2012_____, and set for hearing on _____02/23/2012_____.

Case No.: 10-CV-01111-LHK
CASE MANAGEMENT ORDER

PRETRIAL CONFERENCE DATE is _____04/02/2012_____ at _2PM_.

JURY TRIAL shall begin on _____04/16/2012_____, at __9AM__ in courtroom 4, 5th floor and is estimated to last __15__ days.

**IT IS SO ORDERED.**

Dated: October 21, 2010                       _____*Lucy H. Koh*_____
                                              LUCY H. KOH
                                              United States District Judge

Case No.: 10-CV-01111-LHK
CASE MANAGEMENT ORDER