United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CAREFUSION CORPORATION AND CAREFUSION 2200, CORPORATION, | ) ) ) | Case No.: 10-CV-01111-LHK |
| Plaintiffs, | ) ) ) | ORDER GRANTING AS MODIFIED JOINT STIPULATION REGARDING SCHEDULE FOR AMENDED COMPLAINT AND BRIEFING |
| v. | ) ) | |
| MEDTRONIC, INC., MEDTRONIC SPINE LLC, D/B/A KYPHON INC., AND KYPHON SARL, | ) ) ) | (re: docket #61) |
| Defendants. | ) ) ) | |

On November 23, 2010, the parties submitted a joint stipulation that would: 1) extend the deadline for Plaintiffs to file an amended complaint regarding their antitrust claims from December 1, 2010 to December 22, 2010; 2) extend and set deadlines regarding Defendants' anticipated motion to dismiss, with February 4, 2011 as the deadline for the Motion, March 4, 2011 as the deadline for the Opposition, and March 24, 2011 as the deadline for the Reply; 3) set a hearing on Defendants' motion to dismiss for Thursday, April 14, 2011; and 4) re-set the currently scheduled Further Case Management Conference from March 2, 2011 to the proposed April 14, 2011 hearing date. The parties state that the requested extension of time will not delay the rest of the case schedule set in the Court's October 21, 2010 Case Management Order.

Case No.: 10-CV-01111-LHK
ORDER GRANTING AS MODIFIED JOINT STIPULATION REGARDING SCHEDULE FOR AMENDED
COMPLAINT AND BRIEFING

The Court GRANTS AS MODIFIED the parties' stipulation to extend the deadline for Plaintiffs to file an amended complaint and to extend the briefing schedule. The Court finds a more expedited schedule appropriate.

Accordingly, the parties shall comply with the following schedule:

- December 16, 2010 - Plaintiff's Amended Complaint Due
- January 20, 2011 - Defendants' Motion to Dismiss Due
- February 10, 2011 - Plaintiffs' Opposition Due
- February 24, 2011 - Defendants' Reply Due
- March 17, 2011 - Hearing on Defendants' Motion to Dismiss; Further Case Management Conference (the March 2, 2011 date is vacated).

Aside from the changes made in this Order, the deadlines in the Court's October 21, 2010 Case Management Order (e.g., discovery, claim construction briefing, and claim construction hearing on May 3, 2011) remain as set.

**IT IS SO ORDERED.**

Dated: November 23, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-01111-LHK
ORDER GRANTING AS MODIFIED JOINT STIPULATION REGARDING SCHEDULE FOR AMENDED
COMPLAINT AND BRIEFING