# EXHIBIT E

# U.S. Spinal Surgery Market

## N740-54

Nerve injury around the area of surgery is also an uncommon but potential risk that can occur. A very important risk to be considered is complications of wound healing. Patients with immune system diseases such as diabetes and rheumatoid arthritis have lower rates of healing wounds, and require special postoperative care and attention. Problems can also occur due to misalignment of implants, leading to instability and reduced range of motion.

### Uncertainty in Third-party Reimbursements Slows New Product Adoption Rate

New product designs and surgical techniques are not likely to be well accepted due to the uncertainty of Medicare reimbursement and other third-party payers. Manufacturers sell joint implants to hospitals and health care providers that receive reimbursement from third-party payers. However, reimbursement for a new product may be denied if third-party payers believe that the implant or the new surgical technique is not cost-effective or substantially more clinically beneficial compared to other treatment methods. The impact of this market restraint is greater in the short term and slowly decreases in the medium and long term as most new emerging products and procedures are expected to be accepted for reimbursement.

### Lack of Awareness About Surgical Options Poses Challenge to Adoption

The overall awareness in the minds of patients needing spinal surgery is still at a low level. Those afflicted by spinal injuries and diseases still believe their choices are restricted to drug therapy and a diet and exercise program. Most people do not feel they have the commitment to complete a rigorous undertaking such as advanced surgery, causing not everyone to take up corrective action for their condition. The negative aspects of surgery such as discomfort and other side effects, coupled with fear on the part of the patient, contribute to the lack of popularity of spinal surgery.

## Industry Challenges

Figure 2-4 provides the impact of top market challenges on the U.S. spinal surgery market from 2010 to 2016.

FIGURE 2-4

Spinal Surgery Market: Impact of Top Market Challenges (U.S.), 2010-2016

| Challenge | 1-2 Years | 3-4 Years | 5-7 Years |
|---|---|---|---|
| Domination by large medical device manufacturers restricts the growth of emerging companies | High | Medium | Low |
| Limited data supporting long-term efficacy of products increases physician skepticism | High | High | Medium |
| Patient apprehensions slow market penetration of spinal surgery technologies | Medium | Medium | High |

*Source: Frost & Sullivan*

## DOMINATION BY LARGE MEDICAL DEVICE MANUFACTURERS RESTRICTS THE GROWTH OF EMERGING COMPANIES

The spinal surgery market is largely dominated by major medical device manufacturers that have existed in the market for a considerable period. This gives them the benefit of being able to expand their presence and establish their brand name in the market. There are currently four to six major companies such as Medtronic Sofamor Danek, Depuy Spine and Synthes Spine that influence the spine surgery market to a great extent. These larger companies have the resources to concentrate on research and development, guide their products through various developmental phases, and conduct large-scale clinical trials. These factors which dictate the success of these companies prove to be a constraint for emerging companies.

## LIMITED DATA SUPPORTING LONG-TERM EFFICACY OF PRODUCTS INCREASES PHYSICIAN SKEPTICISM

Clinical data plays a very important role in the success of any medical device and is the same for any spinal implant devices. The development, testing, production, and marketing of any spinal implant requires extensive regulatory approval, for which clinical data remains crucial. Physicians today demand more than just the FDA approval, stressing on the need for data that would establish the long-term efficiency of the product. Hence, the requirement to track the long term outcomes of the implant becomes very crucial for medical device manufacturers. This challenge largely impacts emerging technologies such as the vertebral compression fracture segment and the non-fusion devices segment. The inability to track data for longer periods could be due to the relatively recent introduction of these techniques.

CHART 4.3

Vertebral Compression Fracture Devices Market: Procedure Forecasts (U.S.), 2006-2016



*Note: All figures are rounded; the base year is 2009. Source: Frost & Sullivan*

From 2000 to 2006, the number of vertebroplasty procedures performed in the United States has doubled, according to Medicare data, from 4.3 to 8.9 procedures for every 1,000 persons, though questions and worries about the risks remained. Vertebroplasty is expensive. The total cost is usually around $5,000 when the cost of an MRI scan is included.

Kyphoplasty is often performed in an inpatient setting, while vertebroplasty is more commonly done on an outpatient basis. Orthopedic surgeons usually perform kyphoplasty, while interventional radiologists commonly perform vertebroplasty. Kyphopolasty is performed 52 percent of the time on an inpatient basis, far more than vertebroplasty. Verte-broplasty is performed 24 percent of the time on an inpatient basis. Vertebroplasty is covered by Medicare and most other insurance programs.

Figure 4-3 compares single-level versus multilevel vertebral augmentation procedures in the U.S. vertebral compression fracture devices market for the year of 2009.