# EXHIBIT H



# Kyphoplasty: Driving Growth in the Vertebral Compression Fracture Treatment Market in the US

Publication Date: March 2009

Case5:10-cv-01111-LHK   Document63-8   Filed12/16/10   Page3 of 3

**GlobalData Viewpoint** 

### 2.6 Kyphon: Company Analysis

Kyphon, Inc. (Kyphon) is a medical device company engaged in the development, manufacture and sale of devices to treat and restore spinal anatomy using minimally invasive technology. The company is headquartered in Sunnyvale, California, U.S. and employs around 1,090 people.

The company operates in one reportable business segment namely spinal anatomy using minimally invasive technology. However, its products are classified under three platforms namely, Spinal Fracture Management and Repair, Disc Disease Diagnosis and Therapies, and Spinal Motion Preservation.

Kyphon was acquired by Medtronic, Inc., a company engaged in developing, manufacturing and marketing of a wide range of medical devices, therapies and services used to treat conditions such as heart disease, spinal conditions, neurological disorders, vascular disease and diabetes. The acquisition was completed in November 2007.

### 2.6.1 Company Financials

Kyphon's revenue sources were derived for the most part from kyphoplasty, before the addition of products from Disc-O-Tech, Innospine and Francis Medical to its product offering. The company has shown rapid double digit growth since the commercial launch of its kyphoplasty procedure in 2000. The procedure has since, rapidly gained ground over medical therapy as well as the traditional percutaneous procedure – vertebroplasty.

| Table 3: Kyphon, Inc., Revenue ($m), 2002 – 2008 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
| Kyphon Revenues ($m) | 76.3 | 131.0 | 213.4 | 306.1 | 407.8 | 424.0 | 605.0 |
| Annual Growth | | 71.7% | 62.9% | 43.4% | 33.2% | 4.0% | 42.7% |

Source: GlobalData
Note: Kyphon was acquired by Medtronic in 2007 and revenues for 2008 have been taken from Medtronic 2008 annual report

Kyphoplasty: Driving Growth in the Vertebral Compression Fracture Treatment Market in the US Pub03/2009

© GlobalData. This brief is a licensed product and is not to be photocopied                                 Page 9