# EXHIBIT I

*In Vivo*

## Kyphon: A Trial Balloon Succeeds in Spine

Written By:   David Cassak

Issue: 7/1/2002

Article Type: Corporate Strategy

**Summary:** Until now, most spine surgeons wouldn't even treat osteoporotic fractures of the spine, referring such patients to medical management. But using technology borrowed from balloon angioplasty, Kyphon has developed instrumentation that represents a new clinical approach to this serious problem. As with most device companies, regulatory issues and reimbursement have been a challenge, as have comparisons with another spinal procedure, vertebroplasty.

**Can balloon technology transform orthopedics the way it did cardiovascular devices?**

Until now, most spine surgeons wouldn't even treat osteoporotic fractures of the spine, referring such patients to internists for a medical regimen.

But using technology borrowed from balloon angioplasty, Kyphon has developed instrumentation that represents not just a new technological solution, but more fundamentally, a new clinical approach to this serious problem.

Kyphon's approach is at once radical and intuitive: stressing not pain relief in vertebral compression fractures, but anatomy restoration, much as other orthopedic specialties do.

As with most device companies, regulatory issues and reimbursement have been a challenge, as has been what Kyphon argues are unwarranted comparisons with another spinal procedure, vertebroplasty.

Here's a quiz: How many medical device companies in the last two years have gone out in their initial public offering at the top of the price range? The answer: One, Sunnyvale, CA-based Kyphon Inc. (KYPH) Indeed, it's hard enough to find a device company, particularly a start-up, that has gone public at any price in the last few years, let alone one that investors were eager to pay a premium for.

But Kyphon's innovative spine technology and its impressive early revenue ramp up has struck a nerve, and though its stock price has retreated a bit, the company's radically new approach to osteoporotic spine fractures should only continue to attract investors and, more importantly, surgeons and patients.

To be sure, the success of Kyphon's IPO is directly attributable to the aggressive adoption by spine surgeons of a fundamentally different approach to therapy—typically, an extremely difficult sell for device companies. But the path to IPO and successful market adoption of its technology has hardly been straightforward. Indeed, while Kyphon has established itself as an innovator in orthopedics and spine, in broader medical device circles, the company's history has been anything but out of the ordinary—a story characterized by money-raising troubles, a lukewarm response from potential corporate partners, and regulatory and reimbursement challenges.

**A Crash Course in Orthopedics**

1

Kyphon was founded in 1994 by Karen Talmadge, PhD, a former biotech executive, Mark Reiley, MD, an orthopedic surgeon from Berkeley, and Arie Scholten, a custom device designer, each of whom came to the project from different directions. For Talmadge, her introduction to the orthopedic device industry came when she was in business development at Scios Corp. in the early 1990s. "One of our products was a potent angiogenic factor called fibroblast growth factor [FGF]," she recalls. Scios early realized that FGF not only helped to stimulate new blood vessel formation but also could accelerate cell growth in bones; animal studies indicated that FGF might be used as an agent in fracture healing.

But Talmadge knew that to really understand the potential of the product, she needed a crash course in the orthopedics business. "We knew it accelerated fracture repair, but we didn't know if that was clinically relevant," she recalls. "I mean, if fractures were healing fast enough on their own, then this wasn't." Scios' discovery also coincided with the beginning of a series of selected collaborations between orthopedic companies and biotechs—Genetics Institute Inc. (now Wyeth-Genetics Institute Inc.) and Sofamor-Danek (now Medtronic Sofamor-Danek) on BMP, Stryker Corp. (SYK) and Creative BioMolecules Inc. (a division of Curis Inc. (CRIS)) on OP-1—and Talmadge knew she would need to understand the competitive layout of the orthopedics industry in the event Scios decided to out-license its product.

Scios engaged a consultant, Harry Skinner, MD, an orthopedic surgeon from San Francisco, who provided a good deal of insight but also encouraged Talmadge to attend the 1992 AAOS (American Academy of Orthopedic Surgeons) meeting. "I spent two days walking the floor, going into every exhibit, and basically asking anyone who would talk to me how the industry works," she recalls. "A couple of people told me to get lost, but most were very helpful."

Talmadge wasn't pitching FGF. "It was too early, we didn't have enough data," she says. "I was just trying to find out who the players are, who I might contact in the future." And she spent some time with business development executives from Sofamor-Danek "who basically laid out the whole spine market for me."

Talmadge didn't know at the time that she would, eventually, find herself in the spine business as well and didn't, in fact, do much with her research—she ultimately recommended to Scios that it out-license the product, in part because orthopedics was a low priority given FGF's other potential applications. "Even though GI and Creative BioMolecules had made a commitment to orthopedics, I didn't think we should," she recalls. "But I love to learn new things and so I just sort of tucked it [i.e., her information on the industry] away."

### A Chance Meeting at a Party

Scios continued to work on FGF, and Talmadge and Harry Skinner became friends. One night, he invited her to a cocktail party where she met an enterprising orthopedic surgeon with a new idea for a product. "Harry told me that there was someone at the party who had a new technology that could be very important for orthopedics, but didn't have a background in business and didn't know what to do next," Talmadge recalls. "And he asked if I would just give him a suggestion or two." That someone was Mark Reiley.

A highly innovative orthopedic surgeon, Reiley had toyed with the idea of using the expansion properties inherent in balloons, as demonstrated in balloon angioplasty, in spine. Specifically, Reiley wanted to create space and restore structure where vertebral compression fractures in the spine had left patients with pain and the severely stooped posture, called kyphosis, commonly associated with elderly women. (Severe kyphosis is also sometimes called Dowager's Hump.)

Talmadge and Reiley agreed to meet the day after the party to look at the technology. Not that Talmadge was selling herself as an expert in orthopedic devices. "He told me it was a device for treating vertebral body compression fracture and I said to myself, 'That must be the spine,'" she recalls. "I knew something about bone biology, but that was about as much as I knew about the

2

spinal anatomy and spinal problems." Reiley not only had a device, he had two patents and had found a handful of articles in the clinical literature to suggest the importance of his new approach. He had also teamed up with Arie Scholten, a Dutch musician by training who had joined his father's custom device business before ultimately setting up a business of his own; Scholten was helping him design instruments specific to the procedure he had envisioned.

**A Conceptual Leap**

But Reiley had yet to build a company around his new device. He had gone to several spine companies, each of whom told him they weren't interested in pursuing his idea. Intrigued by Reiley's idea and the work he had done so far—he had done one bench study using an off-the-shelf angioplasty balloon—Talmadge began to do some research of her own, exploring the published clinical literature on vertebral body compression fracture. "I wanted to understand what the impact was on patients who had these fractures and how they were being treated," she says.

Talmadge found about 10 papers, all of which were, she says, "compelling in their conclusions that the current treatment of vertebral body compression fracture was ineffective and exacerbating the disease." Significantly, Talmadge notes, the papers weren't from orthopedic journals, "because [spine surgeons] paid no attention to these fractures—it was all coming out of the endocrinology literature." Even today, she continues, most of the hundreds of thousands of vertebral fractures each year are treated not with surgery, but with a regimen of pain medication, bracing where tolerated, and bed rest, with mobilization as soon as possible—a treatment that is palliative but doesn't seek to address directly the fracture and resulting deformity.

Worse, while younger patients often do respond to bracing, older patients with kyphosis find braces uncomfortable—the hunching of the spine forces their abdomens to protrude because their internal organs shift. For such patients, braces are too uncomfortable. "Physicians tell us all the time that when elderly patients get a brace, they put it on once, and then stick it in the closet," says Talmadge.

Conventional open spine surgery, a major operation, is an option for patients with vertebral fractures, but again, mostly for younger ones—in older patients, their bone is often too fragile to allow metal implants to take hold. "It's not that many of these patients can't undergo this surgery, but the issue is, if the implants aren't likely to stay, you're putting the patient through a high-risk procedure with a high chance of failure," Talmadge says. In short, vertebral body compression fracture, at least in older, kyphotic patients, was a problem without a procedure, and there wasn't yet a procedure because no one had designed the tools that would enable surgeons to operate.

That's where Reiley's new approach to vertebral fracture comes in. Indeed, his idea entailed several conceptual leaps for spine surgeons, not the least of which was turning a medical regimen into a surgical procedure, and, just as importantly, one that could be done minimally-invasively. To prove his idea worked, in the late 1980s, Reiley hooked up with Scholten, who fashioned an instrument with collapsible blades that could be inserted into a channel created by a small drill. Once the instrument was in place, the blades opened and could be manipulated to core out a small space, creating precisely the void that Reiley knew he needed to allow him to safely fill the bone and stabilize it with an appropriate filler.

Reiley liked the way Scholten's metal blades worked, but having tried it in a cadaver, he was uncomfortable using a metal instrument in the spine. Because bone is of varying densities, he worried that the surgeon could lose control of the device if the blades were to snag on part of the vertebrae, risking serious damage trying to free the instrument after the surgeon created the space. So Reiley and Scholten began to explore the possibility of using technology similar to the balloons used in angioplasty to create the void. "Arie knew, from a mechanical perspective, that the balloon would work if they could make sure it was shaped appropriately and wouldn't puncture," Talmadge explains. "And Mark knew, from a clinical perspective, that if the balloon

3

worked, he'd have a tool orthopedic surgeons would really want, one that didn't just create a void, but was a reduction tool, as well."

Reiley and Scholten tried off-the-shelf angioplasty balloons and were encouraged enough to file a method patent on their new approach to vertebral compression fractures. "It wasn't scientific," says Talmadge, who began advising Reiley at the time. "There was no proof they could do this over and over and they hadn't done it every part of the vertebrae. But they did have a picture of one vertebral body with a balloon that had changed the height of the body and a picture of a void that had been created with filler that was contained. It was enough to prove that it should work. The major question was what the right commercial path was?"

This time, too, Reiley contacted leading orthopedic implant and interventional cardiology companies to see if they'd be interested in developing the technology. But, as with his earlier efforts, he found few takers. Angioplasty companies weren't interested because they didn't know the orthopedic market and weren't eager to hire a new sales force to enter it, and orthopedic companies weren't interested because they didn't know balloon engineering and weren't eager to invest in a new R&D group to develop balloons.

**Blowing Up Balloons**

"It was actually very cool to meet some of the founding engineers of [angioplasty pioneer] Advanced Cardiovascular Systems Inc. [now part of Guidant Corp. (GDT)], who said, 'We never thought that a balloon could function in bone,'" notes Talmadge. Still, their amazement meant, if anything, that Reiley was further away than ever from finding a corporate partner. If his idea were ever to see the light of day, he'd have to create his own company to develop the technology.

With more than 250,000 vertebral fractures diagnosed each year receiving medical care only, Talmadge didn't worry that the market potential of the technology wasn't big enough—and that's even before she and Reiley began to think about all the other ways balloons could be used in orthopedics. "There are a lot of ways in which this balloon technology is truly a platform technology," she says. "But we needed to focus, so I went to Mark and said, 'If nothing else succeeds but the spine product, that's more than enough to justify starting a company.'"

For Talmadge, the Kyphon opportunity couldn't have been better timed. Just before she met Reiley, Talmadge diagnosed her two-year old daughter with Type 1 diabetes and gave up her job at Scios so she could be with her during an early critical treatment phase. Reluctant to simply stop working, however, Talmadge decided to start her own company, figuring it would take 18 months, and, in fact, had been considering launching a contraceptive vaccine company when she met Reiley at Harry Skinner's party.

Kyphon's first challenge: using a balloon inside bone to reduce a fracture and create a void worked conceptually, but the company would need a very different type of balloon than is used in interventional cardiology. The issue was significant, though not as great as some start-ups face, another attractive feature to Talmadge. "I'm not saying there weren't challenges," she says. "But, technologically, we didn't have to build the device out of whole cloth. We just had to solve some problems with the current technology, which functioned well in vessels, but not as well in bone."

Indeed, calcified lesions are an interventional cardiologist's nightmare because the balloon so often ruptures when it encounters hard, adamantine plaque. "And we were operating in what I call the ultimate calcified lesion, fractured bone," Talmadge explains. In Kyphon's early work with angioplasty balloons, the balloon broke virtually every time. "We had to change the construction of the balloon to operate effectively inside bone and to get the right geometry," she goes on. Kyphon also had to find a balloon material that wouldn't puncture.

4

### A Cold Shoulder from Investors

Though the idea of applying the same technology that had revolutionized cardiology to other clinical areas was, on its face, intriguing, Kyphon officials found few takers among the many venture investors Talmadge called on in 1994 and 1995. She knocked on doors for two years without finding an investor until the East Coast device venture firm, The Vertical Group, stepped forward and brought in New York-based private equity firm Warburg Pincus & Co.

Having doors slam in her face was especially frustrating for Talmadge because, by all accounts, the spine market was heating up as an investment opportunity. Sofamor-Danek was growing fast and start-ups like Spine Tech and Surgical Dynamics were introducing exciting new technology. Talmadge remembered her visit to the 1992 AAOS meeting. "Just standing on the exhibit floor, the company that had the most surgeons in its booth was Sofamor-Danek," she recalls. "To me, that was a valuable piece of information. I could see that the spine market was really up and coming. And that was the argument I made when I went out to get financing: hips and knees is a stable market, spine is the hot market, it's where the growth is, and innovation is needed because the current spine surgeries are very backward."

Still, Talmadge couldn't sell the VCs she talked to on the idea. Her own inexperience in devices didn't help. Having spent her whole career in biotech, Talmadge's first instinct was to pitch Kyphon to the venture capitalists she had met from her biotech days. Ironically, she recalls, "When I first went around talking to people, they were extremely excited about Kyphon. But everyone came up with reasons why they couldn't go forward and every reason was different."

Talmadge argues there were several reasons why Kyphon attracted so much attention but so few funding offers. First, she spent a lot of time with venture firms that were "truly expert in biotech," not devices, she says. "They may have done some device deals, but it wasn't their first love or expertise, and they weren't likely to invest in a medical device deal at such an early stage."

To these firms, the biggest issue Kyphon raised was that it was creating a new procedure, meaning that success would rest on physicians and surgeons willingly changing past practices and referral patterns. "We'd have to get doctors to do a new operation and to treat patients in a way they never had before, and that was too unsettling to them," Talmadge argues. "Most venture investors are very comfortable funding technology risk—they do it all the time. But what they don't like and won't fund is market risk. They want a market that's already established; they don't want to have to change doctors' minds."

Finally, Talmadge concluded, to investors not dedicated to medical devices, the device regulatory path seemed daunting in the mid 1990s. "We were talking to people at a time when the FDA had not approved a PMA in two years and was taking a year to approve a 510(k)," she notes.

By mid 1995, Talmadge recalls, "I had had the very best people on Sand Hill Road wanting to do the deal and then ultimately getting cold feet." Having pulled together a group of leading orthopedic surgeons, including Harry Skinner, Joseph Lane, MD, of the Hospital for Special Surgery, and Steven Garfin, MD, of UC San Diego Medical Center, to talk through the technology and opportunity, she began calling some for advice. "I said, 'Look, I need to make a decision. We haven't gotten this funded. Should we pursue this? Or should I just go back and get a job?'" she recalls.

Some of the doctors told her to get a job; the balloon technology wasn't needed. But Steve Garfin said, "I can't speak to your financial situation, but if you can continue, I absolutely would. The idea of balloons is growing on me." "And, of course, that's the advice I followed," says Talmadge. "Steve is a particularly careful and conservative spine surgeon. If he felt the balloon technology was promising, that was an important endorsement for continuing. And that's what I was hoping to hear because I continued to believe in the technology."

5

### A Message Resonates

Talmadge began to network with some medical device engineers and discovered a small group of venture investors who focused on device start-ups. By April of 1996, she had rejected an earlier a term sheet that Kyphon officials felt was too low, but had a serious offer with a term sheet from another venture firm. She was also considering an offer to buy the company from General Surgical Instruments Inc., which had a line of inflatable retractors that company officials saw as a potentially related technology, and some unused capacity in its facility that could be dedicated to Kyphon's technology development.

Then, in 1996, Talmadge, as part of an effort to network more deeply into the medical device industry, attended a device symposium sponsored by the law firm Wilson, Sonsini, Goodrich & Rosati and saw Jack Lasersohn of The Vertical Group, on a panel there.

Lasersohn's message at the meeting couldn't have resonated more with Talmadge. "I discussed the history of angioplasty," he recalls. The Vertical Group had been one of the early investors in ACS and had played a key role in the creation of SciMed Life Systems (now a unit of Boston Scientific Corp. (BSX)) and, in particular, its move into angioplasty. Lasersohn noted that in its early days, industry executives and investors completely misread angioplasty's market potential. "They kept thinking of it as a small slice of the CABG [coronary artery bypass graft] market," he explains. "So if there were a couple of hundred thousand CABGs done each year, they figured the potential of angioplasty was 10,000-20,000 cases per year." But that kind of analysis missed the huge pool of patients who weren't being treated. "Angioplasty wasn't a subset of the CABG population," says Lasersohn, "it was a subset of patients taking nitroglycerine."

"I remember saying to myself, 'That's the guy I have to talk to,'" Karen Talmadge recalls. An introduction by Casey McGlynn, the head of WSG&R's life science practice, led to a lunch, and by September of 1996, Kyphon had its Series A financing. (McGlynn had also earlier arranged for Talmadge and Reiley to meet with ACS engineers.) "Karen was ready to give up after being turned down by so many other VCs," Jack Lasersohn recalls. "But my only question was: Why hadn't anyone jumped at the chance to invest in this before?"

### Living With Market Risk

Kyphon's initial stake wasn't big—around $1,000,000—just enough to get to proof of concept in humans. Once that was achieved, Kyphon's investors came back with a second round of financing of $2.5 million.

Key to the deal: unlike the biotech-oriented investors Talmadge had begun with, Jack Lasersohn wasn't at all bothered by the notion of market risk. In fact, he thrives on it. "You can't reject a business plan because the market isn't clearly defined," he says. "Some of our best deals, such as SciMed, have been companies where the company created the market." In fact, he argues, the best opportunities are those where there is no real predicate, "where a technology or procedure doesn't yet exist. But you have to live with the fact that it's tough to estimate the market potential of those opportunities," he goes on.

The appeal of Kyphon to Lasersohn, who early in his career had invested in several arthroscopy companies, the first minimally-invasive approach to orthopedics, is obvious. Asked whether Kyphon's earlier fund-raising difficulties raised questions in his mind, Lasersohn notes, "Not at all. I saw this as the most exciting opportunity since angioplasty."

But if Lasersohn believed immediately in the great potential of Kyphon's technology, he also knew that it could take a lot of money to realize it, so he turned to Warburg Pincus LLC., a global private equity firm and major device investor, as co-investor.

6

Asked why Warburg Pincus, Lasersohn notes, "First, because of Bess Weatherman. But we do almost all our deals with syndicates with deep pockets because we like to have a lot of money around the table to help us get through bad environments if they arise."

Bess Weatherman, a Warburg Pincus director who leads the firm's medical device investing practice, says that she had "the same kind of reaction" that Lasersohn did to the Kyphon deal: this could be huge. "We did serious due diligence for months," says Weatherman, who until then had never done any investments in spine. (Warburg Pincus had looked at the spinal cage companies, but had passed on the opportunity.) "We talked to spine surgeons to understand everything about this, including the use of bone cement in spine and in general orthopedic applications."

One concern for both Lasersohn and Weatherman was that the procedure be absolutely and obviously safe. "There was never any doubt in my mind that we could create the balloon and that it would do what we wanted," says Lasersohn. "But we felt from the beginning that the procedure had to be safe, that we couldn't afford to have any kind of serious complications." Bess Weatherman agrees. Notwithstanding the heightened risk of death of kyphosis patients, spine fractures aren't like heart attacks. "Almost no one dies suddenly from a vertebral fracture," she notes, "So we were concerned about the risk of the procedure relative to the efficacy of the treatment. If it wasn't truly safe, this would never be big because no surgeon would risk having a patient die during the procedure."

And one appeal to Weatherman: unlike orthopedic surgeons who focus on hips and knees, spine surgeons tend to be avid adopters of new technology. Says Weatherman, "One of the things we liked about this is that a market driven by spine surgeons is like a market driven by interventional cardiologists," another physician specialty known for its openness to new technology.

**A Different Kind of Spine Problem**

Karen Talmadge doesn't believe Kyphon lost significant ground by having to wait so long for its funding. For one thing, the company founders did, and financially supported, much early work on their own between 1994 and 1996. And when they weren't out talking to VCs, they spent a lot of time expanding their IP position. "Would it have made a big difference if we had gotten funded two years earlier?" she asks rhetorically? "It might have. But who really knows?"

Indeed, the company's third round financing brought in Investor AB as investors and was done at a pre-money valuation of $75 million, $100 million post-money, as Kyphon quickly developed its technology, received 510(k) approval, and began to record sales. "At the time, $75 million seemed like a huge valuation," recalls Bess Weatherman. "But in hindsight, it's proven to be a great investment for them."

Kyphon's early funding difficulties speak to the different perspectives that device-focused and biotech-focused investors can take to the same project. "The first VCs I contacted did some medical device investing, but it was all later stage," says Talmadge, when the early risks are dispelled. "We were too early stage for them, and it took me a while to realize I needed to be talking to other VCs."

But the difficulties also speak to the innovative nature of Kyphon's approach. There were, after all, other spinal companies getting funded during that time, and spinal cage companies like SpineTech and Surgical Dynamics, while not yet seeing the rapid adoption of their products that would come in the next few years, were beginning to show results. But Kyphon's approach was "so novel," says one executive close to the deal, "that it raised a lot of questions: Would the balloon really be able to go in and clear out bone? Would the bone damage the balloon? And even if it did work, would it really relieve pain? Because it was so different, no one really knew how to assess whether it would work."

7

In part, Kyphon's problem then—and its appeal to surgeons and investors now—is that it addresses a different kind of spinal problem, compression fractures rather than degenerative disc disease, and seeks not to fuse damaged vertebrae, eliminating pain but preserving the deformity in the process, but actually to restore structure in the crushed vertebrae. For a lot of patients presenting with a compression fracture, perhaps as a result of trauma such as a fall or car accident, surgeons will perform an open reduction and use some type of hardware and/or bone substitute to correct the fracture. "The problem with the patient population we treat," notes Gary Grenter, a former CEO of Biolectron, (a bone stimulation company acquired by Biomet Inc, (BMET) in 2000) who joined Kyphon as CEO in July of 2001, "is that they're primarily older patients, often with osteoporosis," making their bones too brittle to successfully use the traditional approach. Approximately 75% of Kyphon's target patient population is female, and while both men and women get osteoporosis, the greater bone mass and density in men make them less prone to compression fractures from osteoporosis.

Kyphon's device is an inflatable bone tamp that is inserted posteriorly through a cannula into a vertebrae that has been collapsed as a result of fracture. Using a set of instruments proprietary to Kyphon, its KyphX system, the surgeon employs a bone tamp to compact the inner cancellous bone, creating a space or void, and to move the outer cortical bone in an attempt to reduce the fracture and restore the anatomy. The surgeon inflates the balloons until he or she is satisfied that the fracture is adequately reduced or inflation has to stop for some other reason. The balloon is then deflated and removed. Technically, what surgeons do to fill the void that has been created is up to them—Kyphon has no regulatory approval for the next stage in the procedure and makes no recommendations to surgeons as to what to use to fill the void—though most inject some kind of bone cement that will restore the vertebrae's original structure.

In the process, not only is the patient's pain relieved, but the structural defect or deformity may be corrected if the fracture has not healed too much. Patients with a severely stooped posture often present with multiple compression fractures and surgeons often do one or two levels in an initial procedure and then bring the patient back later to repair additional vertebrae. "Because this is a percutaneous procedure, there's a very quick recovery, typically accompanied by an overnight stay in the hospital," Grenter explains.

**Restoring Anatomy**

Pain relief may be an obvious benefit of procedures using Kyphon's tools—though Kyphon has no approved claim for and company officials don't talk in terms of pain relief—but by itself only scratches the surface of the clinical value Kyphon delivers. There are, after all, lots of approaches for reducing or eliminating pain. Kyphon's instruments are, rather, intended to address an underlying cause of the pain—the deformed vertebrae. And in restoring the anatomy—much as orthopedists do in treating fractures in other parts of the body—they provide a benefit that other spinal compression fracture treatment options don't offer.

Indeed, one of the most innovative aspects of the Kyphon technology is the way that it helps surgeons think differently about fracture and its implications. Recalling Mark Reiley's early work, Karen Talmadge notes that in the late 1980s, "surgeons weren't familiar with the clinical literature on the impact of vertebral body compression fracture. Most generally believed that it doesn't matter how you treat them because the pain goes away in a couple of months." In fact, she goes on, "Pain is only one element of the problem, because patients treated medically are left with the deformity. And there is a substantial literature showing that the deformity is an independent predictor of disability and even of death." In short, what the literature suggests is that just because the patient's pain goes away doesn't mean everything's okay. Says Talmadge, "This was a process of showing that this isn't a pain relief issue, it's a deformity issue and, if anything, patients are negatively impacted by current treatment."

Thus, Kyphon officials argue that vertebrae so compressed that they lead to kyphosis create a cascade of problems, of which pain is only the most immediate. As noted, patients often find

8

kyphosis accompanied by protruding stomachs as internal organs shift under the pressure. As patients become more stooped, notes Gary Grenter, "they begin to compress their pulmonary system, making it more difficult for them to breathe." That, combined with the physical challenge of their stoop, also makes it more difficult for them to get around, bringing on all of the attendant problems of a lifestyle that is increasingly sedentary: obesity, poor muscle tone, etc.

Inactivity, in turn, spurs osteoporosis because bones that are not used grow weaker. "With bone, it's very much a matter of 'Use it or lose it,'" Grenter goes on. As the stoop continues, the patient's abdomen is also compressed, meaning he or she eats less, increasing the risk of poor nutrition. Depression is also part of the cascade—patients not only feel worse, but as their body changes—with a stooped back and protruding stomach—they grow self-conscious about their appearance. "That's the problem with conventional therapy: if you only treat pain, you're not addressing these other issues," say Grenter. "All of these things build upon each other, with one morbidity on top of another making their condition progressively worse if you don't correct it." Worst of all, this downward spiral leads eventually to increased risk of mortality. "We know from studies that while patients with hip fractures are six-times more likely to die than those without fractures in the following four years, patients with spinal fractures are eight-times more likely to die," he says.

**Creating a Market**

As noted, the key to Kyphon's approach lies in correcting the fractured vertebrae, not relieving pain. Kyphon officials argue that in no other part of the body would surgeons even consider not correcting the fracture, but until now, they've lacked the tools to do so in compression fractures of the spine.

Thus, Kyphon's opportunity lies not in tapping into the rapidly growing market that other small spine companies are targeting but in creating a whole new market. As Karen Talmadge found, most of the early literature on vertebral fracture came from endocrinologists, not orthopedists. And the standard course of treatment—pain medication, bed rest, and bracing—was designed to treat the pain, not the fracture. Until Kyphon, there was no technology that specifically sought to treat—and correct—the acute kyphosis itself.

That's why many surgeons tell Kyphon there's a whole new patient population who aren't candidates for traditional approaches but can benefit from the Kyphon procedure. "And part of our challenge," says Gary Grenter, "is to educate primary care physicians because these are patients who typically aren't sent to [orthopedic] surgeons. They'd normally only see a primary care physician or an endocrinologist or rheumatologist, who would prescribe a conventional treatment." Karen Talmadge agrees, noting that spine surgeons often need to be educated as well: because fracture treatment until now was largely medical, many spine surgeons don't think of kyphotic patients as candidates for a restorative procedure.

Patients, too, appreciate the benefits of this new approach, says Kyphon: as people today live longer, few are willing simply to accept severely stooped posture as a natural part of growing old. Still, of the 700,000 people who suffer vertebral compression fractures each year, only around 260,000 seek treatment. Some fractures go undiagnosed because there's no pain; some patients live with pain for a while, doing nothing while the fracture heals and the pain goes away. Says Grenter, "The problem is they still have the fracture and all of the complications associated with the kyphotic condition because the biomechanism of their spine has changed." Some studies suggest that once a patient has one fracture, they're five times as likely to have a second fracture; once they have two, they're twelve-times more likely to have a third. "And all because there hasn't been a correction to their kyphotic position," he says.

By pushing on the bone while creating a void, Kyphon's device is designed to allow physicians also to correct a patient's kyphosis. Kyphon officials stop short of claiming that their balloon procedure can make patients stand straight again because they don't yet have the clinical data to prove such a claim and therefore don't have FDA approval to market the technology that way.

9

But, they say, surgeons tell them anecdotally that the balloon can help surgeons improve the posture of patients whose fractures have not healed. "We've seen photographs of patients who had a thirty-degree kyphotic angle that was totally corrected as a result of repairing the two-level fractures," says Grenter, who adds that Kyphon "is planning to do clinical studies that will prove efficacy" in improving spinal angulation.

### I'm A Convert

The issue of what the KyphX system can do and what Kyphon can say it does is a tricky one for the company. In order to get the product to market faster, company officials settled for a regulatory approval that stops short of claiming restored structure and says simply that the device reduces fractures and creates voids. In turn, that limited claim makes some critics charge that Kyphon's device over-promises and is over-priced—that surgeons get little additional benefit from the use of an expensive balloon than they would taking a more traditional approach to fracture reduction.

Gary Grenter dismisses such criticism, arguing that it misses the point about what the KyphX system does, which is to go beyond pain therapy and address the underlying structural problem. And surgeons seem to agree. Kyphon saw sales increase from $6 million in 2000 to $36 million in 2001 and sales for this year were at $32.8 million through the first two quarters, reported in late July, suggesting there's little reason to believe the sales trajectory won't continue. There are currently approximately 1,300 spine surgeons trained on KyphX instrumentation, mainly in the US, and Kyphon recently opened an office in Brussels and has been selling products in Germany, the United Kingdom, and Scandinavia. The company is also just beginning sales in Spain and Italy, has taken on distributors in Greece and South Africa, and recently received regulatory clearance in South Korea.

Isadore Lieberman, MD, a leading spine surgeon with The Cleveland Clinic, was introduced to the Kyphon procedure in 1996. "My first reaction was, 'You're going to put that balloon where and do what with it?'" Lieberman recalls. "But Mark Reiley is a very innovative thinker and I've learned an awful lot from him over the years."

Lieberman says he was intrigued by the technology, but not at all intrigued by what Reiley and Talmadge said they were going to do with it. "I really didn't think this was going to work in treating osteoporosis," he goes on. "From a biomechanical perspective, I thought the balloon would do what they wanted. But I thought that the osteoporosis population was one we didn't want to touch." It is, says Lieberman, a bias common in orthopedics. "I recall as a resident, when someone would call from the emergency department and tell me that they had a compression fracture, I'd say, 'Call the internist. That's a medical disease, not an orthopedic disease.'"

Lieberman says he remained "short-sighted" until mid 1997, when Kyphon officials convinced him to try the procedure in a cadaver lab. "We did a couple of cadavers and I said to myself, 'There may be something here,'" he recalls. "And as I took more interest in osteoporosis, I realized that this could be an important treatment option." Lieberman did five procedures using the Kyphon technology in 1997, another 40 in 1998, and kept increasing that number. This year, he expects he'll do 250 cases. "I'm a convert," he says. "I'm an osteoporosis believer. I tend to be a bit of a skeptic, but this stuff really works."

### Finding a Hammer

To Lieberman, the benefits of Kyphon's approach lie in its restorative properties. "Until now, the rationale has been the relief of pain. And while there's no doubt that's important, in my evolution with this procedure, I've migrated from seeing pain as the major issue to biomechanics. The spine is like the Leaning Tower of Pisa; if the foundation is weak and the spine is leaning, it's going to fall over. What we're doing is strengthening the foundation, shoring up the Leaning Tower so that it won't fall over. And now we have the clinical evidence to prove that works."

10

Lieberman concedes that this is still a somewhat narrowly held view in orthopedics. "It's my opinion and that of a few of my colleagues, but it's not widely accepted yet," he says. Still, he notes a growing buzz around the Kyphon procedure. "A lot of people are looking at this and want to do it for several reasons. First, this is a patient population that we, as orthopedists, have traditionally ignored, because we haven't had any tools to treat them. Orthopedics is a physical specialty, we've got a hammer and we look for nails. But in osteoporosis, we've had the nails, but we didn't have a hammer. Now we do."

In fact, says Lieberman, enrollment in his training courses is over-subscribed. "Everyone wants to learn about this," he notes. One limiting factor, beyond training, however, is patient referrals. "This is a case where spine surgeons, neurosurgeons, and orthopedists are going to have to educate their referring physicians," he says.

**A Religious Experience**

Kyphon officials note that Lieberman's experience, if not typical, at least reflects a growing enthusiasm among surgeons, who are excited not just about how the procedure works, but the results they're getting. Indeed, says Karen Talmadge, "The general reaction we get from surgeons, once they've done a procedure, is absolute amazement at how well their patients do. It's like they've had a religious experience."

In part, she says, that's because, as noted, Kyphon's approach restores anatomy and function to the patient rather than simply relieving pain. Important, too, is the speed with which patients recover from the Kyphon procedure. "Most surgeons won't even assess whether they've had a successful fusion until six months after the surgery, and those six months can be painful for their patients," Talmadge goes on, and difficult for the surgeon as patient discomfort makes them upset with the procedure. "But with a procedure using our tools, the patients can practically get up off the OR table and walk away. And surgeons are just amazed at that kind of immediate result."

Of course, surgeons still have to do a case to appreciate such benefits. And therein lies the challenge for Kyphon. "There's no question that there are spine surgeons with exceedingly busy practices who are not interested in trying something new," Talmadge notes. Moreover, some of the spine surgeons who have built a practice treating other kinds of spine problems—scoliosis deformity correction, for example, or degenerative disc disease—may not have the time or inclination to treat vertebral body compression fractures.

At the same time, says Talmadge, "there are more than enough doctors who are looking for something like this and are willing to give it a try." For those doctors, she says, the quick, largely positive results only reinforce their desire to do the procedure over and over. Moreover, Kyphon officials are counting on the buzz Isadore Lieberman describes to push some doctors, who may simply not have gotten around to the procedure, to sign up for training. "Things are accelerating," she goes on. "Surgeons are hearing about other surgeons who've done this procedure and we're starting to see papers about the results of those procedures at meetings like NASS [North American Spine Society]. A lot of people who were waiting to see the results in a larger group of patients are now coming to us and saying, 'Sign me up. I didn't want to be the first to do it. But I've seen enough now.'"

And though patient results are the primary interest of most surgeons, there's another benefit, says Talmadge: more patients. "A lot of them are finding that when they get such good results with Mom or Grandma, the adult children come in too, because everyone thinks they're such miracle workers," she notes. "They get a lot of referrals from this procedure for their more conventional cases."

11

As Kyphon differentiates its approach in the minds of surgeons and as surgeon acceptance grows, the company is devoting resources to rolling out product. It has also begun a clinical study, under an IDE, to demonstrate the efficacy of a broader clinical claim. Says Gary Grenter, "We've made the judgment that we should go ahead and do some studies, even as we're growing the market. Right now, we're kind of alone in our space, but we don't anticipate being alone forever. We think there's going to be competition and we want to be able to discuss the merits and results of our procedure."

But there's an additional wrinkle for Kyphon: its instrumentation doesn't require PMA clearance, but is, for the most part, 510(k) approved. (Some parts of its line are even Class I exempt devices.) Thus, any studies Kyphon does won't focus on the efficacy of its technology for the sake of approval, but of a procedure, such as the efficacy of using bone cement to fill the void—again, an expensive study to undertake and one whose benefits won't necessarily accrue only to Kyphon.

**Getting Paid**

As with most device companies, another important issue for Kyphon is reimbursement. "Hopefully, by 2003 we'll have a separate CPT code for this," says The Cleveland Clinic's Isadore Lieberman. "Then I think you'll see physicians offer it much more readily in their everyday practices." Indeed, Lieberman notes an interesting pattern from his early training schedule. "We've gone through three distinct phases," he says. "In the first six to twelve months, we had all the open-minded surgeons, the guys who really wanted to be on board. And in that group, around half adopted this and started doing the procedure, while the other half moderately adopted it. Very few didn't do it."

But surveys of course participants showed that physicians trained over the next year adopted the procedure much less enthusiastically, Lieberman goes on. "Well over half didn't do a single case," he discovered. "This bothered me because I spent so much time teaching them. Was the product not good? Was the message wrong?" When Lieberman contacted the surgeons in his course, he found that 75% of those that weren't doing the procedure said it was because of reimbursement—"If they weren't going to get paid, they couldn't afford to do it," he notes.

But Kyphon has made progress in convincing payers. For hospitals, Kyphon's instrumentation is covered under one of four DRGs. And the company has gradually made the case on a state-by-state basis to local Medicare directors to allow reimbursement to surgeons for its new procedure. Currently, Kyphon has policy coverage of the procedure in 23 states and case-by-case coverage in the remaining states, though the vast majority of Kyphon procedures are reimbursed on a case-by-case basis.

And as reimbursement has gotten easier, notes Lieberman, physicians are signing up again for training, including some who want to come for a refresher course; particularly of note, he says, are the large numbers of younger surgeons. "They view osteoporosis as a major problem and a niche upon which to build their practice," he says. Overall, he goes on, "we're seeing more doctors doing this and in all but a few states, they're getting some reimbursement. It's never enough. But it's a beginning."

**A Debate Over Bone Cement**

Regulatory and reimbursement issues are common to medical device companies. But despite or perhaps because of the innovative nature of the Kyphon approach, the company finds itself fighting a battle on another front: helping surgeons and others understand the differences between the Kyphon procedure and another fast-growing procedure, vertebroplasty (see sidebar).

The confusion over vertebroplasty, with its questionable safety record, is particularly frustrating for Kyphon given its concerns with safety. Jack Lasersohn of The Vertical Group notes that, "From Day One, this company has been run in such a way to make sure that, in terms of things like product design and surgeon training, no one would get hurt. If anything, we've probably spent more than we have to, and it's paid off," i.e., in low complication rates.

Isadore Lieberman believes Kyphon will, in time, have no difficulty making clear to surgeons the differences between vertebroplasty and its procedure. But one issue that underlies the vertebroplasty debate isn't easily dismissed: that surrounding the use of bone cement.

Kyphon's fundamental innovation lies in creating a procedure to clear a space and reduce the fracture in compressed vertebrae and in developing the instruments to do that; filling the void is critical to the success of the procedure, but in an important sense, not what Kyphon is all about. Indeed, regulatory issues aside, Karen Talmadge notes that, in purely business terms, the last thing Kyphon wants to do is to prescribe that doctors use bone cement or any other particular filler. "We know there's going to be more than one thing surgeons can use, and we don't want to make it seem that we know better than they do what material is right for their patients," she says. "It's best that we let them decide."

But evidence that bone cement is a good filler was important to Kyphon's early efforts to convince surgeons of the viability of the new procedure. In the early and mid 1990s, the perception was rife through the orthopedic community that bone cement problems lay at the root of a series of hip replacement failures—surgeons came to believe that the cement used in hip replacement crumbled under the weight-bearing pressures as patients returned to normal activity. Though research later proved that it was the polyethylene material of the implant rather than the cement that led to the hip failures, the perception that bone cement is fragile persisted.

Talmadge notes that Mark Reiley's own research into bone cement provided an important comfort level for surgeons in early discussions about the Kyphon procedure. "Mark was the one to gather all of the literature on 10- and 15-year follow-ups that showed that bone cement holds up in load-bearing bones," she says. "Spine surgeons who didn't have the literature really wanted to know that bone cement works, but they had to get over the hump of, 'Is this reasonable to use?'" Reiley's guidance that bone cement would not only support the weight of the spine long term but also could be controlled to stay within the void "made spine surgeons comfortable with the concept" of the Kyphon procedure, she concludes.

And The Cleveland Clinic's Isadore Lieberman makes no apologies that he uses cement in his Kyphon procedures and argues that other, new technologies aren't as appealing. "We have a 50-year track record with it [i.e., bone cement]. We know what it does and what it doesn't do and how to handle it. It's also cost-effective." But the new bone substitutes, he goes on, raise questions. "There's a lot rhetoric about them; everyone's waiting for the Holy Grail of orthopedics," he says. "There are a number of physiologic and practical, technical issues. Physiologically, osteoporosis is a bone-resorbing disease, not a bone-building disease. If you use one of those resorbable cements, are patients really going to build bone after they eat away that cement block? We don't know and no one's studied it." The other issue, he goes on, is cost: "How can you justify a thousand dollar bone substitute for this patient population when you have something that works really well and costs $100," Lieberman asks, "That's why I use cement."

**A Competitive Challenge**

Despite company concerns about future competition, for now, Kyphon has the market to itself in its percutaneous approach to fracture repair. Even more broadly, Kyphon's instruments are widely perceived to represent a different approach to spinal surgery generally: in an informal survey of spinal and orthopedic executives, Kyphon's name is cited more often than any other when asked about companies with truly innovative technology.

13

Indeed, while some small companies stress their continuity with conventional approaches—surgeons use new instruments or implants but do essentially the same procedure they've always done—Kyphon is self-consciously different, pioneering a new kind of spinal procedure.

Of course, on some level, the uniqueness of Kyphon's technology is, per se, irrelevant—if surgeons don't buy the clinical value of the KyphX instrumentation, all of its uniqueness doesn't make a difference. But given that surgeons are responding favorably, Kyphon's difference is valuable. In a market in which large companies are becoming more active and the number of start-ups grows everyday, making clear distinctions between the different company offerings becomes difficult for customers. And this problem, at heart a competitive challenge, is made worse by the fact that so many companies have to walk a thin line between the value of a different technology and the virtues of conventional surgical techniques. Not only is Kyphon's technology different, so is the procedure it enables.

Again, granted the technology works and gains surgeon acceptance, the obviously different approach offers Kyphon a certain advantage in a crowded market—another reason company officials are eager to make a distinction between their procedure and the increasingly popular vertebroplasty. "When you look at a lot of these new companies, what they're attempting to do is to find a new way to do fusions," notes Grenter. "There's lots of excellent technology, but not much significant differentiation." Grenter notes that different implant technology aside, there are now more than 20 companies selling some form of pedicle screws and rods. "That's becoming a 'me-to' market," he goes on. "We're in a very different situation in that we have a proprietary balloon technology that is unlike anything anyone else has, and it, along with the supporting instrumentation, is very well protected by patents. We feel we've created a new space, addressing a market that hasn't been addressed before."

In fact, Grenter has fought competitive battles in crowded technology fields. "When I was general manager of Stryker's knee business, I had eight or nine competitors I had to sell against—all of whom had very good products and, truth be told, not a lot of difference among any of them," he says. "Each of us faced the challenge of trying to highlight the features and benefits of our technology compared to competitors who were also very good." Kyphon's challenge is "completely different," he argues. "If we have a competitor, it's conventional pain management."

Indeed, pointing to the large number of patients who suffer fractures each year but don't go to a surgeon for treatment, Grenter notes that many people see compression fractures as a pain problem, not an orthopedic problem. For that reason, Kyphon officials tend not to see their challenges in terms of the same issues—distribution, for example—that other small spine companies do. Kyphon is selling direct, not through independent distributors, because it sees its primary marketing challenge less in getting the attention of orthopedic surgeons than in establishing a referral pattern to get prospective patients to those orthopedic surgeons in the first place. Creating a direct sales force "is a significant investment both here and in Europe," says Grenter. "But we have to do it because we're creating a market and our sales reps have to spend time not just taking care of surgeons, but also identifying the market." That means directing Kyphon reps to primary care physicians as well as orthopedic surgeons—something it would be virtually impossible to convince traditional orthopedic distributors to do. "We need to let the primary care physician know there's an alternative," he goes on.

But does that mean that Kyphon reps will be at a disadvantage to other orthopedic reps who make a singular focus on surgeon relationship their highest priority? Grenter doesn't think so. "Our sales reps are building very strong relationships with their surgeon customers, too," he says. And they've had some success—as Kyphon's sales growth attests. But, Grenter goes on, ultimately, that rep-surgeon relationship is built on Kyphon's innovative technology. "We've been very successful in getting in front of the surgeons and a large part of that lies in the fact that we offer an exciting new technology," he says, "a solution for patients for whom the surgeon could do very little before."

**Looking Ahead**

From the beginning, the fundamentally new approach to osteoporotic fractures has always been Kyphon's greatest strength and greatest challenge. Isadore Lieberman notes that unless you have the balloon in front of you, the Kyphon procedure isn't intuitive. "That's what happened to me," he says. "Until I had it in my hands, I didn't get what they were trying to do. It didn't click. But the minute I used it, it became clear that this was it. This is like the Velcro of spine surgery." From there, he says, it doesn't take much for the surgeon to see that "this tool, with very minor modifications of technology and techniques, can be helpful in other areas and has applications not just in osteoporosis, but in scoliosis and degenerative disc disease and tumors."

Lieberman argues that osteoporosis "will still be the core competence of this device for a long time," in large part because the epidemiology of osteoporosis suggests a huge and growing incidence in the future, with fracture and tumor work the next most common applications. But Kyphon officials from the very beginning felt that their instrumentation has applications beyond not just osteoporosis, but beyond spine itself: in orthopedics, in areas such as the hip, the heel, the distal radius (wrist), and the tibial plateau—any joint in the body prone to compression fractures—and even beyond fractures.

As other Kyphon executives concentrate on capitalizing on the spine market, much of Karen Talmadge's efforts these days are focused on new opportunities and applications. She's reluctant to reveal much about potential future uses of its technology, saying simply, "There is a whole host of other balloon applications." But Kyphon officials are looking beyond simply creating voids in other, small joint fractures, and using the balloon technology, for example, as a delivery vehicle as new biological agents catch on in orthopedics.

And if some critics charge that while Kyphon's technology works, the company is essentially a one-trick pony, Talmadge doesn't mind. Comparing Kyphon's potential in orthopedics to what balloon angioplasty did in cardiology twenty years ago, she responds, "We may have only one product, but sometimes one product creates a whole new procedure, a whole new market, and has enormous market potential. If that's the case, it's sustainable for a company."

**A Real Business**

Indeed, Warburg Pincus' Bess Weatherman sees Kyphon's current applications as just the tip of the iceberg. "First, we know there are plenty of other applications of this technology," she says. Second, the patient population has only begun to be tapped—even today, far more fractures aren't treated than are. "Right now, the only constraint on the growth of this company is the size of the sales force," Weatherman goes on. "Demand is still far in excess of what we can supply with our current coverage, and we're adding sales force all the time."

A veteran of the orthopedics business, Gary Grenter has witnessed first-hand the surge of interest big orthopedic companies are taking in spine. In the early 1990s, as total hips and knees soared, few orthopedic companies were interested in the spinal market. "But in the mid 1990s, we found that the big markets for hips and knees weren't growing as fast as we thought, and companies began to have trouble meeting growth expectations," he says. As the total joint replacement market has matured, he goes on, "big companies have recognized that there's a growth opportunity in spine."

Kyphon's successful IPO this past May has likely only increased the company's profile, especially among large orthopedic companies. As noted, Kyphon was one of the few medical device start-ups to go public in the last few years and the only device IPO to go out at the top of its range. It started trading at $15 and eventually hit $20, reaching a market cap of more than $700 million at one point in June. (An earlier attempt at an IPO in fall 2001 was pulled because of the soft IPO market.)

15

Kyphon's stock has come back to earth since then, due, in part, to investor jitters over a mid-June analyst report on Interpore Cross International Inc. (BONZ), which raised questions about vertebroplasty and its American OsteoMedics division's plans in that market. The stock is now trading around $12, with a market cap that has slipped to around $450 million, suggesting that, in the minds of investors, at least, Kyphon has yet to fully shake comparisons with vertebroplasty that it believes are unwarranted.

Still, a relatively young device company with a market cap of $450 million is nothing to sneeze at. With or without the recent price drop, Bess Weatherman says Kyphon "has a lot of room to create more value." Jack Lasersohn agrees, calling his investment in Kyphon, "about as good as it could have been. The fact that the stock price is down doesn't concern me."

And as surgeons catch on and begin to recognize the differences—a big assumption, say skeptics of Kyphon's claims—the truly innovative quality of its approach should become clear. Kyphon's value lies not just in developing new technology—in fact, it's technology borrowed much from conventional balloon angioplasty—but in defining a new procedure, a new course of treatment that has tremendous value for both surgeons and patients.

For Kyphon's founders, who had so much trouble getting people to buy into their vision in the early days, the satisfaction of Kyphon's successful IPO lies not in the IPO itself, but in the commercialization and implicit validation of the concept. "I didn't really look at the IPO as a milestone, though it was nice when a few of the venture folks came up to me and said, 'I was wrong,'" Karen Talmadge reflects. In fact, there has been a host of other milestones every bit as meaningful to her. "When we got our first money, when we got our 510(k) clearance, when we treated our first humans, when he had our first booth at NASS and you couldn't even get into the booth because surgeons were standing 10 deep—those have all been incredible experiences," she goes on. "To me the IPO is great and we now have more money to invest in the business. But being a public company has its downsides as well as its upsides."

Rather, for Talmadge, it's always been about the significance and value of the technology itself. "That's why I stayed and didn't give up during the first year and a half when it wasn't at all clear this would happen," she says. "I just fundamentally believed this was an important technology. And now that the technology has created a real business."

### The Vertebroplasty Challenge

Though Kyphon officials can only be delighted at the pace with which surgeons have adopted their new approach, one sticky issue has arisen: comparisons made, by surgeons and others, between Kyphon's procedure and a procedure that is itself increasing in popularity, vertebroplasty.

In vertebroplasty, surgeons inject a loose, runny bone cement into compressed fractures in the hope that, when the cement dries, the compressed vertebrae will be stabilized and the pain relieved. The procedure is controversial—largely because some patients have died as a result—and, therefore, estimates as to the number of vertebroplasties performed over the past several years and likely to be performed in the future differ widely. Some put the number performed between 10 and 20 thousand, others significantly higher.

Still, many argue that vertebroplasty is catching on in popularity, and given the similarities with Kyphon's procedure, one might expect Kyphon officials to happily ride its coat tails. But talk of vertebroplasty clearly makes Kyphon officials uncomfortable. Asked if the popularity of vertebroplasty is a good thing or bad for Kyphon, Karen Talmadge laughs, "Do I have to answer that question?" Ultimately, she says, "it's a double-edged sword. It creates some awareness, but it also creates confusion." Jack Lasersohn agrees. He calls vertebroplasty, "good news and bad news" for Kyphon: it's clearly raised awareness generally of such approaches, he notes. "But

16

we've also seen people die." About Kyphon's own technology, he says: "We've been obsessed that we make this safe enough given the history of vertebroplasty."

Ironically, Karen Talmadge notes, in his early experiments, Mark Reiley had experimented in his cadaver cases with an approach that was, though no one knew it at the time, a kind of precursor to vertebroplasty. "What Mark realized was that these patients need to have their spines stabilized because the pain was coming from the micro-motion [of the shifting vertebrae]," she recalls. When bone is healthy, it flexes, but doesn't move as people stand or sit, putting weight on the spine. But when it fractures, it loses its flexibility and actually moves instead. And in that movement, the nerve receptors in the bone register pain.

That's why if you fracture a finger or toe, it hurts when you move your hand or foot, but not when you remain still. In his early cases, Reiley put bone cement in the spine as a stabilizing agent to arrest any micro-motion—in effect, a vertebroplasty. "But when he went down to the cadaver lab, he instantly rejected this approach because the cement leaked all over the place," Talmadge explains. "What he realized instead was that he had to create a void in the bone. By doing this, he could deliver his chosen filler under lower pressure and in a thicker state, both of which reduce the risks of leaks. When Reiley and Scholten conceived of using the balloon, Reiley knew that compacting the inner cancellous bone by inflating the balloon would also reduce the risk of leaks by filling in the fracture lines. At the same time, he recognized that they were creating a tool to reduce the fracture and restore as much of the original anatomy as possible." That is, after all, what orthopedic surgeons do routinely in other fracture repair: they restore anatomy. And as an orthopedic surgeon, Reiley was trying to get the bone to move back to where it belongs. But at the time, the metal instruments available weren't effective in doing that.

Indeed, Reiley found, simply injecting cement, or some other substance, without creating a void first, was a waste of time. This discovery was the key conceptual leap for Kyphon, and it is precisely this distinction between restoring anatomy and simply addressing pain that makes Kyphon officials uncomfortable with comparisons between Kyphon's approach and vertebroplasty. "Please don't confuse them," says Gary Grenter, who prefers to stress the differences between the two procedures rather than the similarities. Vertebroplasty "can address the pain issue, just as medication and bed rest addresses pain," he goes on. "But it does nothing to correct the fracture." If anything, vertebroplasty freezes the fracture in the deformed state, virtually guaranteeing that the patient's kyphotic condition will remain the same. "If you broke your arm so that the bones were misaligned, you wouldn't be happy if they cemented the fracture so that the bones remained misaligned. That's what vertebroplasty does," he says.

Grenter isn't convinced that vertebroplasty is growing as fast as its advocates claim. "I don't really know that you can say how big the market is," he says. "There are so many estimates as to how many procedures there are." Moreover, he notes, most vertebroplasties have been done not by orthopedic surgeons, but by interventional neuroradiologists, referred by a neurologist, who, in turn, often are referred patients from the radiologist who took the diagnostic X-rays. "They're not surgeons, they don't follow that patient throughout his or her therapy—it's just a completely different market segment," he says.

But even if vertebroplasty is growing as quickly as its advocates claim, Kyphon officials argue that there's no connection between the increasing popularity of vertebroplasty and that of Kyphon's procedure. Leaving aside the fact that vertebroplasty does nothing to correct the fracture, Grenter argues that the two procedures have very different safety profiles. Thus, for example, the material that surgeons typically use to fill the void created by Kyphon's balloon—and again, Kyphon itself makes no claims or recommendations to surgeons about the material they use—tends to be thicker, even if it is bone cement, than the runny cement used in vertebroplasty. In the Kyphon procedure, says Grenter, that material is therefore "unlikely to go anyplace other than where the surgeons puts it, whereas in vertebroplasty, the cement seeks the path of least resistance."

17

To surgeons like The Cleveland Clinic's Isadore Lieberman, comparisons between the two procedures are baseless—and it's not an issue of turf battles. "Vertebroplasty is different than [Kyphon's procedure] and advocated by a different group of physicians," says Lieberman. "I'm biased, but I think vertebroplasty is wrong. It's not the right procedure to do for the vast majority of things physicians are advocating it for." For one thing, he argues, it doesn't address the biomechanics of the spine.

More to the point, he argues it's a "dangerous procedure, in that you're pushing very liquid cement with a high proportion of free monomer [a catalyst component of bone cement that turns the cement hard] into a closed space, and the cement will leak. That monomer is cardiotoxic; we know that from total joints and from various other surgical experiences. Unfortunately, the physicians who do vertebroplasties don't have that experience," i.e., because they're neuroradiologists. "They're going out and injecting all of this free monomer into osteoporosis patients and folks are dying and no one's hearing about it," he goes on.

In fact, says Lieberman, one of the problems with vertebroplasty is that few clinical studies of the procedure have been done. Problems like deaths are not being reported in the literature because it's not being studied in a scientific fashion. "There have been around 35,000 vertebroplasties done since 1995 and if you look through the literature, only 400 have been reported on, and half of those cases were done in Europe," he notes. "Where are the others? Why aren't the problems we're seeing being reported?"

The treatment of osteoporosis patients percutaneously is "an operative procedure," he goes on. "It belongs in the hands of spine surgeons, people who know how to make a diagnosis, how to treat patients, how to get out of trouble if something should arise."

Kyphon's hope is that the differences are as clear to other physicians as they are to Lieberman. "I think surgeons are getting the difference," he goes on. "Anyone who experiences [the Kyphon procedure] sees the difference, and [the difference is] intuitive because they understand it from a biomechanical standpoint."

Copyright © 2006, Windhover Information Inc.