# EXHIBIT J

# TAPPING INTO NEW TREATMENT FIRM AIMS TO SELL HEART EQUIPMENT FOR SPINAL USE

*[CHICAGOLAND FINAL Edition]*

Chicago Tribune - Chicago, Ill.
Author:         Jon Van, Tribune Staff Writer
Date:           Sep 25, 1999
Start Page:     1
Section:        BUSINESS
Text Word Count: 957

## Document Text

Using balloons to pry open clogged coronary arteries has been so effective that Dr. Mark Reiley, a researcher from a completely different field of medicine, believes it also could help fight one of aging's most painful deformities--spinal fractures.

But in the modern age of managed care, new medical procedures and technology need acceptance by insurers as well as physicians, and that calls for what other industries call an image campaign. In short, Kyphon Inc., a privately held firm based in Santa Clara, Calif., needs to create some positive buzz around using its bone balloon equipment in a new way.

"We could just go ahead and market it," said Karen Talmadge, Kyphon's co-founder and executive vice president. "There are 700,000 people who suffer these fractures every year, so the market is tremendous. But you're working with the spine here, and we believe that slow and careful is the best way to go."

Kyphon is recruiting several specialists in spinal surgery, mostly affiliated with major research universities, to use the procedure in selected cases as part of a large study.

Technically, the study isn't needed, because the bone balloon equipment Kyphon supplies has already been approved by the Food and Drug Administration for use in patients.

But surgery for spinal fractures is traditionally regarded as fairly ineffective, Talmadge said. Patients who suffer a spinal fracture usually visit their primary-care physician and leave with prescriptions for painkillers rather than referrals to spinal surgeons.

"The thing we need, to reach out to primary-care physicians, is a controlled study," she said.

Also, Talmadge said, they need good data to persuade insurance companies to pay for the procedure.

Being able to banish the painful affliction at a time when Baby Boomers are approaching their golden years represents not only a major medical accomplishment, but also a potentially profitable new line of medical equipment.

Hundreds of thousands of older people--mostly women--become stooped when bones in their spine weaken and collapse because of calcium depletion.

With the new treatment, a surgeon inserts an instrument through a small hole made in a fractured spinal bone and then inflates a balloon to restore the bone to its natural shape, reinforcing the structure from within with bone cement or other filler material.

Most patients who have had the new treatment say their pain is eliminated or greatly reduced immediately, and they are once again able to stand up straight.

Because of such dramatic results, one might expect backers of the new technology to trumpet its praises across the nation, urging patients to ask their doctors about it and offering physicians training in how to do it.

But to change the perception held by vast numbers of primary-care physicians that treating spinal fractures with surgery has poor results, Kyphon needs to have the kind of solid evidence that only a controlled study can provide, Talmadge said.

The study has been designed to follow patients for two years, even though most benefits from the treatment should be apparent within a few months.

Research suggests that when older people suffer spinal fractures and become stooped, they are more likely to have other medical problems or to die sooner. Kyphon hopes its study will demonstrate that treating such fractures early will be cheaper in the long run because it will help patients avoid treatments for other problems.

There is another reason why Kyphon has held back on promoting the bone balloon treatment, Talmadge said. The technique is difficult to do well.

If physicians without adequate skills or training started using the equipment and did procedures improperly, it could result in damage to the spinal cord that could cause paralysis or death.

Reiley, a Berkeley, Calif.-based orthopedic surgeon who spent more than a decade developing the bone balloon technology, said he is pleased Kyphon is enlisting well-respected spinal surgeons to build a record for his brainchild.

"We've treated about 100 fractures so far," Reiley said. "And already some surgeons tell me this is their favorite procedure because they know it's going to work."

Kyphon hopes to recruit about 25 spinal surgeons around the country to use its new technology. In Chicago, Dr. Frank Phillips at the University of Chicago has already performed a handful of procedures, and specialists at Northwestern University and Rush- Presbyterian-St. Luke's Medical Center plan to begin using it soon.

"It's a difficult procedure to do," Phillips said, "but the results are remarkable and dramatic. I think it will become a huge procedure in the coming years as our aged population grows."

One of Phillips' patients is Rita Picken, 80, of Hyde Park, who suffered two crushed vertebrae after she fell in late May.

"I felt a real reduction in pain at once," she said. "And there was a 10 or 15 percent improvement in raising my spine."

In today's managed-care environment, Kyphon really has little choice but to follow the path it has chosen, said Bruce Cranna, a senior analyst based in Boston for ABN AMRO.

"In medical technology, the first thing you have to do is get regulatory approval, but the next step--getting the (insurance) payers in line--is just as important," Cranna said. "You could sell something to the physicians, and the docs think it's just great. But if they can't bill for it and get paid, they'll never use it."

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Abstract** (Document Summary)

"We could just go ahead and market it," said Karen Talmadge, Kyphon's co-founder and executive vice president. "There are 700,000 people who suffer these fractures every year, so the market is tremendous. But you're working with the spine here, and we believe that slow and careful is the best way to go."

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.