# EXHIBIT FF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| HARVINDER S. SANDHU, M.D. and KYPHON INC., | ) ) ) | |
| Plaintiffs, | ) ) | No. 05-2863-Ml V |
| v. | ) ) ) | |
| MEDTRONIC SOFAMOR DANEK, INC., MEDTRONIC SOFAMOR DANEK USA, INC. and SDGI HOLDINGS, INC. | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
FOR INVALIDITY OF U.S. PATENT NO. 5,108,404 UNDER 35 U.S.C. § 102 IN VIEW
OF THE ROMBOLD REFERENCE**

COME NOW Defendants Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc. and SDGI Holdings, Inc. (collectively "Medtronic") and further move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment. In addition to the Motion for Summary Judgment previously filed in this cause at Dkt. No. 154, claims 1 and 12 of U.S. Patent No. 5,108,404 are also invalid pursuant to 35 U.S.C. §§ 102 and 103 based on the Rombold Reference. Therefore, Kyphon's claim of patent infringement of the '404 patent fails as a matter of law and summary judgment should be granted in favor of Defendants on this claim.

In support of this Motion for Summary Judgment, Defendants rely upon a memorandum submitted contemporaneously herewith, along with exhibits as noted therein.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that their Motion for Partial Summary Judgment be granted and that Kyphon's claim for infringement of the '404 patent be dismissed with prejudice.

Respectfully submitted,

s/ Bradley E. Trammell.
Leo Bearman, Jr. (#8363)
Bradley E. Trammell (#13980)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  (901) 526-2000
Facsimile:  (901) 577-2303
Email:  lbearman@bakerdonelson.com
Email:  btrammell@bakerdonelson.com

OF COUNSEL:
Steven M. Zager (*pro hac vice*)
Ed Fernandes
Michael Simons (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Michael A. O'Shea (*pro hac vice*)
Paul Gennari *(pro hac vice)*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Defendants Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc. and SDGI Holdings, Inc.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2006, a copy of the foregoing electronically filed Defendants' Motion for Summary Judgment was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Glen G. Reid, Jr.  
Mark Vorder-Bruegge  
Wyatt Tarrant & Combs  
P. O. Box 775000  
Memphis, TN  38177-5000  

Frank E. Scherkenbach  
Fish & Richardson P.C.  
225 Franklin Street  
Boston, MA  02110-2804  

Thomas L. Halkowski  
Fish & Richardson P.C.  
919 N. Market Street  
Suite 1100  
Wilmington, DE  19899-1114  

Karen I. Boyd  
Fish & Richardson, P.C.  
500 Arguello Street  
Suite 500  
Redwood City, CA  94063  

Peter J. Toren  
Sidley Austin LLP  
787 Seventh Avenue  
New York, NY 10019  

                        s/ Bradley E. Trammell

M BET 991562 v1  
2699732-002198 10/27/2006