Claude M. Stern (S.B.N. 96737)
claudestern@quinnemanuel.com
Thomas R. Watson (S.B.N. 227264)
tomwatson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Timothy J. Malloy (admitted *pro hac vice*)
tmalloy@mcandrews-ip.com
James R. Nuttall (admitted *pro hac vice*)
jnuttall@mcandrews-ip.com
Christopher M. Scharff (admitted *pro hac vice*)
csharff@mcandrews-ip.com
Stephanie F. Samz (admitted *pro hac vice*)
ssamz@mcandrews@ip.com
McANDREWS, HELD & MALLOY LTD.
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiffs
CAREFUSION CORPORATION AND
CAREFUSION 2200, CORPORATION

Jeffrey S. Davidson (S.B.N. 143633)
jeff.davidson@kirkland.com
Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
Martin R. Boles (S.B.N. 124159)
martin.boles@kirkland.com
R. C. Harlan (S.B.N. 234279)
rc.harlan@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
MEDTRONIC, INC.,
MEDTRONIC SPINE LLC.
and KYPHON SARL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CAREFUSION CORPORATION and CAREFUSION 2200, CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC, INC., MEDTRONIC SPINE LLC d/b/a KYPHON INC., and KYPHON SARL <br><br> Defendants. | Case No.: 10-CV-01111 LHK <br><br> **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** <br><br> Hearing Date: May 3, 2011 <br> Time: TBD <br> Judge: Hon. Lucy H. Koh <br> Courtroom: 4 |

Pursuant to N.D. Cal. Civil L.P.R. 4-3 and the Court's October 21, 2010 Order, the parties hereby jointly submit the following:

1. None of the claim terms of the patents-in-suit (U.S. Patent No. 6,235,043 ("the '043 patent"), U.S. Patent No. 6,241,734 ("the '734 patent"), U.S. Patent No. 6,248,110 ("the '110 patent"), and U.S. Patent No. 6,613,054 ("the '054 patent")) require construction by the Court.

2. CareFusion asserted in its Invalidity Contentions that at least one term of the '734 patent is invalid under 35 U.S.C. §112 for indefiniteness and/or non-enablement. Specifically, CareFusion asserts that the term *"a delivery device to convey the material at a delivery pressure of no greater than about 360 psi"* is indefinite and/or non-enabled because (a) the '734 patent does not disclose a method for measuring delivery pressure into a bone, (b) the '734 patent does not disclose where the pressure is to be measured, such as in the delivery nozzle, in the bone, or in the cavity formed by an expandable body, and/or (c) pressure in the delivery nozzle can be substantially different than delivery pressure in the bone or cavity. While this issue can be related to claim construction in certain respects, the parties agree that the Court need not address this issue as part of claim construction proceedings.

3. The parties therefore believe that the claim construction briefing schedule and hearing (presently set for May 3, 2011) are no longer necessary and should be removed from the Court's schedule.

DATED: January 11, 2011            McANDREWS, HELD & MALLOY LTD.

                                                         /s/ James R. Nuttall
                                                         James R. Nuttall
                                                         Attorney for Plaintiffs
                                                         CAREFUSION CORPORATION and
                                                         CAREFUSION 2200, CORPORATION

DATED: January 11, 2011            KIRKLAND & ELLIS LLP

                                                         /s/ Martin R. Boles
                                                         Martin R. Boles
                                                         Attorney for Defendants
                                                         MEDTRONIC, INC., MEDTRONIC SPINE LLC,
                                                         and KYPHON SARL

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**
CASE NO: CV 10-01111 LHK

## ATTESTATION

Pursuant to General Order No. 45, I hereby attest that I have on file an email from Opposing Counsel of Kirkland & Ellis LLP, Attorneys for Defendants Medtronic, Inc., Medtronic Spine LLC, and Kyphon SARL, authorizing me to indicate Martin Boles' signature by a "conformed" signature (/s/) on this electronically filed document.

Dated: January 11, 2011                                        By: */s/ James R. Nuttall*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on January 11, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF service per Civil Local Rule 5.4.

Dated: January 11, 2011                              By: */s/ James R. Nuttall*

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**
CASE NO: CV 10-01111 LHK