UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAREFUSION CORPORATION AND CAREFUSION 2200, CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>MEDTRONIC, INC., MEDTRONIC SPINE LLC, D/B/A KYPHON INC., AND KYPHON SARL,<br><br>Defendants. | Case No.: 10-CV-01111-LHK<br><br>ORDER VACATING CLAIM CONSTRUCTION HEARING AND RELATED BRIEFING SCHEDULE<br><br>(re: docket #65) |

On January 11, 2011, the parties filed a Joint Claim Construction and Prehearing Statement. *See* Dkt. #65. In that Statement, the parties state that "None of the claim terms of the patents-in-suit ... require construction by the Court." The parties further represent that a claim construction hearing is no longer necessary and request that the hearing be removed from the Court's schedule.

Based on the parties' stipulation that no claim terms require construction by the Court, the claim construction hearing and related briefing schedule are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 25, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01111-LHK
ORDER VACATING CLAIM CONSTRUCTION HEARING AND RELATED BRIEFING SCHEDULE