Claude M. Stern (S.B.N. 96737)
claudestern@quinnemanuel.com
Thomas R. Watson (S.B.N. 227264)
tomwatson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Timothy J. Malloy (admitted *pro hac vice*)
tmalloy@mcandrews-ip.com
James R. Nuttall (admitted *pro hac vice*)
jnuttall@mcandrews-ip.com
Christopher M. Scharff (admitted *pro hac vice*)
csharff@mcandrews-ip.com
Stephanie F. Samz (admitted *pro hac vice*)
ssamz@mcandrews@ip.com
McANDREWS, HELD & MALLOY LTD.
500 West Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiffs
CAREFUSION CORPORATION AND
CAREFUSION 2200, CORPORATION

Jeffrey S. Davidson (S.B.N. 143633)
jeff.davidson@kirkland.com
Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
Martin R. Boles (S.B.N. 124159)
martin.boles@kirkland.com
R. C. Harlan (S.B.N. 234279)
rc.harlan@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
MEDTRONIC, INC.,
MEDTRONIC SPINE LLC.
and KYPHON SARL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CAREFUSION CORPORATION and CAREFUSION 2200, CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC SPINE LLC d/b/a KYPHON INC., and KYPHON SARL<br><br>Defendants. | Case No**.**: **10-CV-01111 LHK (PSG)**<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Lucy H. Koh<br>Location: Courtroom 4, 5th Floor<br>280 South First Street<br>San Jose, California |

1  The parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the terms
2  of a Settlement Agreement between them, hereby stipulate to the dismissal of all claims in this action
3  with prejudice, each party to bear its own costs, expenses, and attorney fees.

4

5                                                              Respectfully submitted,

6  DATED:  February 8, 2011                         McANDREWS, HELD & MALLOY LTD.

7                                                               /s/ James R. Nuttall
                                                           Timothy J. Malloy
8                                                              Attorney for Plaintiffs
                                                               CAREFUSION CORPORATION and
9                                                              CAREFUSION 2200, CORPORATION

10

11 DATED:  February 8, 2011                         KIRKLAND & ELLIS LLP

12                                                              /s/ Martin R. Boles
                                                               Martin R. Boles
13                                                              Attorney for Defendants
                                                               MEDTRONIC, INC., MEDTRONIC SPINE LLC,
14                                                              and KYPHON SARL

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
Case No: cv 10-01111 LHK

**ATTESTATION**

Pursuant to General Order No. 45, I hereby attest that I have on file an email from Opposing Counsel of Kirkland & Ellis LLP, Attorneys for Defendants Medtronic, Inc., MEDTRONIC SPINE LLC d/b/a KYPHON INC., and KYPHON SARL, authorizing me to indicate Martin R. Boles signature by a "conformed" signature (/s/) on this electronically filed document.

Dated:   February 8, 2011

By:   */s/* James R. Nuttall

**STIPULATION OF DISMISSAL**
Case No: cv 10-01111 LHK

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on February 8, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF service per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:   February 8, 2011

By:   */s/* James R. Nuttall